# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION
#### Case No: ~~1:14CV468~~

14 CV 802



**TAY**
d/b/a DONTAVIOUS S. SMITH
807 S. WILSON AVE
COCOA, FL 32922

v.

**BARACK HUSSEIN OBAMA**
1600 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20500;
(202) 456-1111

**MARISSA PISARICK,** individually and in her
official capacity as Paralegal for the
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE
WASHINGTON, DC 20530;
202-514-2000

**NAOMI RANDOLPH** individually
and in her capacity as Special Assistant for
Operations Services in the Federal Student Aid office
for the U.S. DEPARTMENT OF EDUCATION
400 MARYLAND AVE SW
WASHINGTON, DC 20202;
1-800-872-5327

**LISABETH BAILEY** individually and in her
Official capacity of Investigator for the
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
100 SE 2nd Street, SUITE 1500
MIAMI, FL 33131;
1-800-669-4000



**WILLIAM BIGLOW** individually and in his
Official capacity of Deputy Ass. General Counsel
For the U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES

Page 1 of 10

NOTICE OF ATTCHMNT.                                        Tay
807 S. Wilson Ave.
Cocoa, FL 32922

330 INDEPENDENCE AVE. SW
WASHINGTON, DC 20201;

**JAMES R. CLAPPER** individually and in his official capacity of
Director of National Intelligence for the
NATIONAL SECURITY AGENCY, *a federation*
*Of United States Agencies*
9800 SAVAGE ROAD,
FORT MEADE, MD 20755
(301) 688-6524

**JOHN DOE** a/k/a "Malware Computer Hacker"
C/O NATIONAL SECURITY AGENCY
9800 SAVAGE ROAD,
FORT MEADE, MD 20755;

**NATIONAL AERONAUTICS SPACE ADMINISTRATION**
300 E ST. SW,
WASHINGTON, DC 20546;
(202) 358-0001

**THOMAS E. PEREZ** individually and in his
Official capacity as Secretary of the
U.S. DEPARTMENT OF LABOR
200 CONSTITUTIONAL AVE NW
WASHINGTON, DC 20210;
(202) 693-6500

**JACOB LEW** individually and in his
Official capacity as Secretary of Treasury
For the U.S. DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON, D.C. 20220;
(202) 622-2000

**TOM VILSACK** individually and in his
Official capacity of Secretary for the
U.S. DEPARTMENT OF AGRICULTURE
3101 PARK CENTER DR.
ALEXANDRIA, VA 22302;
**(202) 720-2791**

**JENNIFER J. JOHNSON** individually and in her
Official capacity as Secretary for the Board of Governors

Page 2 of 10

NOTICE OF ATTCHMNT.             Tay
807 S. Wilson Ave.
Cocoa, FL 32922

Of the FEDERAL RESERVE SYSTEM
CONSTITUTION AVE NW
WASHINGTON, DC 20551;
1 (888) 851-1920

*RE*: **U.S. ATTORNEY GENERAL MIDDLE DISTRICT**
**OF NORTH CAROLINA**
C/O RIPLEY RAND
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401;
(336) 333-5351

**RICK SCOTT**
400 S. MONROE ST.
TALLAHASSEE, FL 32399
(850) 488-7146

**JAMES A. PETERS** individually and in his
official capacity as Special Counsel for the State of Florida
400 S. MONROE ST.
TALLAHASSEE, FL 32399
(850) 488-7146

**MIKE CARROLL** individually and in his
Official capacity as Secretary for the
FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES
1317 WINEWOOD BLVD.,
BLDG. 1, Room 202
TALLAHASSEE, FL 32399;

(407) 317-7000

**PAM STEWART** individually and in her
Official capacity as Commissioner of the
FLORIDA DEPARTMENT OF EDUCATION
TURLINGTON BLDG, Suite 1514
325 W. GAINES ST.
TALLAHASSEE, FL 32399
(850) 245-0505

**SCHOOL BOARD OF BREVARD**
**COUNTY FLORIDA**
2700 JUDGE FRAN JAMIESON WAY
VIERA, FL 32940;



Page 3 of 10

NOTICE OF ATTCHMNT.

Tay
807 S. Wilson Ave.
Cocoa, FL 32922

321-633-1000

**SCHOOL BOARD OF BREVARD COUNTY FLORIDA**
**DEPUTY SUPERINTENDENT**
2700 JUDGE FRAN JAMIESON WAY
VIERA, FL 32940;
321-633-1000

**KATHY KRELL** individually and in her official capacity
Of Drug and Alcohol Administrative Manager for the
School Board of Brevard County Florida
2700 JUDGE FRAN JAMIESON WAY
VIERA, FL 32940;
321-633-1000

**JAMES KACZKOWSKI** individually and in his official capacity
as Substitute Teacher Coordinator for the
School Board of Brevard County Florida
2700 JUDGE FRAN JAMIESON WAY
VIERA, FL 32940
321-633-1000

**LABORATORY CORPORATION OF AMERICA HOLDINGS**
358 S MAIN ST.
BURLINGTON, NC, 27215;
602-454-8001

**NEIL J DASH, M.D.**
515 BROADWAY
MASSAPEQUA, NY 11758;
516-799-2700

**FLORIDA A&M UNIVERSITY**
1601 SOUTH MARTIN LUTHER KING BLVD.
300 LEE HALL
TALLAHASSEE, FL 32307-3100;
(850) 599-3591

**JP MORGAN CHASE BANK N.A.**
270 PARK AVE
NEW YORK, NEW YORK 10017;
1-877-242-7372

**JP MORGAN CHASE & CO.;**



NOTICE OF ATTCHMNT.            Tay
807 S. Wilson Ave.
Cocoa, FL 32922

270 PARK AVE
NEW YORK, NEW YORK 10017;
1-877-242-7372

**JP MORGAN CHASE ELECTRONIC
FINANCIAL SERVICES INC.;**
270 PARK AVE
NEW YORK, NEW YORK 10017;
1-877-242-7372

**McDONALD'S CORPORATION USA**
2111 McDONALD's DR.,
OAK BROOK, IL 60523
1-800-244-6227

**NATIONAL COLLEGIATE STUDENT LOAN TRUST**
800 BOYLSTON ST. 34th Floor,
BOSTON, MA 02199
(888) 877-5103

**GCO EDUCATION LOAN FUNDING CORP.**
6312 S. FIDDLERS GREEN CIRCLE Suite 400 N.,
ENGLAND, CO 80111
(888) 426-7820

**JAMES "JIM" SKINNER**
200 WILMOT RD.,
DEERFIELD, IL 60015
(847) 940-2500

**BILL & MELINDA GATES FOUNDATION**
440 5th AVE. N.,
SEATTLE, WA 98109
(206) 709-3100

**GOV CONNECTION INC.**
7503 STANDISH PLACE
ROCKVILLE, MD 20855
(301) 340-1100

**SHI INTERNATIONAL CORP.**
290 DAVIDSON AVE.
SOMERSET, NJ 08873
(732) 764-8888

Page 5 of 10

NOTICE OF ATTCHMNT.



Tay
807 S. Wilson Ave.
Cocoa FL 32922

**NIKE INC.**
ONE BOWERMAN DR.
BEAVERTON, OR 97005
(503) 671-6453;

**PEPSICO INC.**
700 ANDERSON HILL RD.
PURCHASE, NY 10577
(914) 253-2000;

**BRIGHTHOUSE NETWORKS, LLC**
5000 CAMPUSWOOD DR.
SUITE 1
EAST SYRACUSE, NY 13057;

**AMERICAN INTERNATIONAL GROUP INC.**
80 PINE STREET
NEW YORK, NEW YORK 10005
(212) 770-7000

**DELL INC.**
1 DELL WAY,
ROUND ROCK, TX 78682;
(800) 289-3355;

**DELL COMPUTER MARKETING L.P.**
**d.b.a. DELL MARKETING L.P.**
1 DELL WAY,
ROUND ROCK, TX 78682
(800) 289-3355;

**MICROSOFT CORPORATION**
ONE MICROSOFT WAY
REDMOND, WA 98052
1 (800) 642-7676;

**THE WESTERN UNION COMPANY**
12500 E. BELFORD AVE
ENGLEWOOD, CO 80112
800-999-9660;

**TRUSTE INC.**
835 MARKET ST.
SUITE 800, Box 137

Page 6 of 10

NOTICE OF ATTCHMNT.                                    Tay
                                              807 S. Wilson Ave.
                                              Cocoa, FL 32922

SAN FRANCISCO, CA  94103;

**SYMANTEC INC.**
350 Ellis Street
MOUNTAIN VIEW, CA 94043;
(650) 527-8000

**JOHN DOE a/k/a "Email Phisher"**
c/o MICROSOFT CORPORATION
1 157th Ave. NW.
REDMOND, WA 98052;

**GOOGLE INC.**
1600 AMPHITHEATRE PKWY.,
MOUNTAIN VIEW, CA 94043;
(650) 253-0000

**FACEBOOK INC.**
1601 WILLOW RD.,
MENLO PARK, CA 94025;

**TRACFONE WIRELESS INC.**
9700 NW 112th Avenue
MIAMI, FL 33178
1 (800) 867-7183

**FOX ENTERTAINMENT GROUP INC.**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036;
212-852-7111

**NATIONAL FOOTBALL LEAGUE**
345 PARK AVE.
NEW YORK, NY 10154, 1-212-450-2000

Defendant.
_____/

## NOTICE OF ATTACHMENT TO COMPLAINT

Exhibit's 1 - 76 which is an attachment to the **COMPLAINT** is in paper form only and

is being maintained in the case file in the Clerk's Office of the following:

Page 7 of 10

NOTICE OF ATTCHMNT.　　　　　　　　　　　　　　　　Tay
　　　　　　　　　　　　　　　　　　　　　　807 S. Wilson Ave.
　　　　　　　　　　　　　　　　　　　　　　Cocoa  FL 32922

1. Notice of intent to sue and or Notice of Claim Certified Mail
2. Food Stamp Card and letter
3. Jennifer Johnson via email with Chase
4. Chase EBT Account card center
5. Email as Mayor to School Board
6. Email to School Board for employment
7. Western Union Money Orders
8. School Board Congratulations
9. School Board Training Agenda
10. Certificate of Substitute Training
11. Florida Chain of Custody form*
12. March 5, 2009 Certified Receipt letter
13. March 5, 2009 Document*
14. Tay's Marijuana Drug Test*
15. School Board's AIG Agreement letter and AIG Executive Liability Insurance
16. Offer of Judgment from School Board
17. Chase acquires Citicorp
18. Food Stamp Summary of Facts
19. Doc. 46 "nefarious scheme" order
20. Cocoa Police Incident report
21. Real Nigga dismissal
22. School Board and Pepsi Agreement
23. Micrososft Licensing Agreement with School Board
24. Doc. 56 (Sham 2009 Litigation)
25. Hotmail Scheme email verification
26. Hotmail Scheme Complaint from Tay
27. Hotmail Scheme Account Blockage
28. John Doe Hotmail Scheme
29. Hotmail Scheme email Recovery
30. Hotmail Scheme verification code
31. NSA scheme
32. Microsoft Online Privacy Agreement
33. Microsoft Advertising Privacy Agreement
34. ZOPBC contribution from Tay
35. Obama Letter to Tay's ZOPBC contribution
36. Obama Letter to Tay's ZOPBC contribution 2
37. Rick Scott Letter to Tay's ZOPBC contribution
38. US Treasury acceptance of S-Corporation
39. EEOC letter to Tay
40. USDOJ Investigations Division
41. USDHHS rejection
42. USDHHS rejection 2

Page 8 of 10

NOTICE OF ATTCHMNT.　　　　　　　　　　　　　　　　　Tay
807 S. Wilson Ave.
Cocoa, FL 32922

43. USDHHS rejection 3
44. USDOE rejection of claim
45. Marissa Pisarick rejection
46. Marissa Pisarick rejection
47. Marissa Pisarick rejection
48. Marissa Pisarick rejection
49. Food Stamp false Notice scheme
50. Florida Senator letter to Tay
51. FASFA false eligibility scheme
52. Everest rejection
53. Letter to Judge Richard Jones
54. Tay's receipt for service of Complaint
55. Seattle Initial Cover Sheet
56. Package sent back to Tay by Seattle Court
57. Certified Mail receipts to Seattle Court
58. Second Cover sheet
59. Seattle Court Order 1
60. Seattle Court Order 2 Extention of time
61. Seattle Court Order 3 abuse of power
62. Seattle Court Notice of Electronic Filing
63. Seattle Court Order 4
64. Seattle Court returns Tay Certified Mail Complaint
65. Seattle Court returns Tay Certified Mail Complaint in this Envelope
66. Hotmail Scheme court access denial
67. Facebook Defamation conversation
68. School Board TV marketing recognition Press Release
69. Race to the Top funds from the State and United States to School Board
70. School Board and Brighthouse TV agreement
71. Obama visits FAMU in 2007
72. Obama visits FAMU in 2008
73. Celebrity visits FAMU promoting Obama
74. Nike rejection Letter
75. FAMU article on Tay's run for Mayor
76. Florida Dept. of Education debt
77. Brevard Christian Voters Guide
78. FOCUS Solutions Limited Inc. Operation Scheme
79. The Black Budget

Dated: September 15,     2014

Sincerely Submitted,

Page 9 of 10

NOTICE OF ATTCHMNT.

Tay
807 S. Wilson Ave.
Cocoa, FL 32922

Dontavious "Tay" Smith, Pro Se.
807 South Wilson Avenue
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com



Page 10 of 10

NOTICE OF ATTCHMNT.                                                        Tay
807 S. Wilson Ave.
Cocoa  FL 32922